UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RHONDA ROBISON,

          Plaintiff,

Case No.   10-11159

HONORABLE AVERN COHN

v.

AAA OF MICHIGAN,

          Defendant.

_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on November 21, 2011, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

                                        DAVID WEAVER

Dated: November 21, 2011        By: s/Julie Owens
                                           Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 21, 2011, by electronic and/or ordinary mail.

                                        S/Julie Owens
                                        Case Manager, (313) 234-5160